UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In re: Sealed Matter

        Plaintiff(s),

v.

        Defendant(s).
_____/

Case No. 21-50137

Judge

Magistrate Judge R. Steven Whalen

**NOTICE OF CORRECTION**

Docket entry number __4__, filed __3/10/2021__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Julie Owens__ at __(313) 234-5041__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: April 14, 2021

s/Julie Owens
Deputy Clerk